IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE DRILLING ENVIRONMENTAL ENGINEERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARGARET THERSIA GAMBLIN, <br><br> Defendant. | No. C14-02851 CRB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed Magistrate Judge Maria-Elena James's Report and Recommendation in this case (dkt. 31). The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court GRANTS Plaintiff Dave Drilling Environmental Engineering, Inc.'s Motion for Default Judgment (dkt. 26), entering judgment against Defendant Margaret Thersia Gamblin, and AWARDS Plaintiff damages in the amount of $210,000.[1]

**IT IS SO ORDERED.**

Dated: December 15, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] As Judge James held, due to Defendant's 2009 Bankruptcy, this action is only proper "so long as Plaintiff does not intend to enforce any judgment against Defendant or her property." R&R at 10-11. Per the Complaint, the action was brought to recover damages from Defendant's insurer. Id. at 11.