**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVE DRILLING ENVIRONMENTAL
ENGINEERING, INC.,

        Plaintiff,

  v.

MARGARET THERSIA GAMBLIN,

        Defendant.

_____/

No. C14-02851 CRB

**JUDGMENT**

    Having granted default judgment for Plaintiff, the Court enters judgment for Plaintiff and against Defendant, and awards Plaintiff damages in the amount of $210,000.

    **IT IS SO ORDERED.**

Dated: December 16, 2014

                    CHARLES  R. BREYER
                    UNITED STATES DISTRICT JUDGE