1  Jose F. Vergara (251342)
   Law Office of Jose F. Vergara
2  1990 N. California Blvd. 8th Floor
   Walnut Creek, CA 94596
3  Phone: (925) 457-2090

4  Attorney for Plaintiff
   Dave Drilling Environmental Engineering, Inc.
5

6  Heidi Adams (219498)
   Lewis Brisbois Bisgaard & Smith LLP
7  333 Bush Street, Suite 1100
   San Francisco, CA 94104
8  Phone: (415) 362-2580

9  Attorney for Intervenor
   Fireman's Fund Insurance Company
10

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  DAVE DRILLING ENVIRONMENTAL ENGINEERING, INC. | Case No. C 14-02851WHO |
| 15 | |
| 16      Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING FOR FIREMAN'S FUND INSURANCE COMPANY'S MOTION TO DISMISS |
| 17  vs. | |
| 18  MARGARET THERSIA GAMBLIN, and DOES No. 1-5, | Date:   September 16, 2015 |
| 19 | Time:   2:00 p.m. |
| 20      Defendants. | Crtrm:  2, 17th Floor |
| 21 | Judge:  Hon. William H. Orrick |

                    STIPULATION FOR CONTINUANCE

   Plaintiff DAVE DRILLING ENVIRONMENTAL ENGINEERING, INC. and Intervenor
FIREMAN'S FIND INSURANCE COMPANY hereby stipulate and request this Court to continue the
scheduled hearing on Intervenor's Motion to Dismiss (Dkt. No. 52) from September 16, 2015, at 2:00
p.m. to October 14, 2015, at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San
Francisco, CA 94102.

                                     1
           STIPULATION FOR CONTINUANCE AND [PROPOSED] ORDER

The reason for the request is that prior to Intervenor filing the Motion to Dismiss on August 10, 2015, Plaintiff's attorney already had a settlement conference scheduled for September 16, 2015, at 1:30 p.m. in another matter being litigated at the Contra Costa County Superior Court (*Ryan v. Ryan*, Contra Costa Superior Court case no. MSD-10-05738. (See Exhibit A.) Plaintiff's attorney schedule will only permit him to attend a hearing on this matter starting on the first week of October. Intervenor's attorney earliest available date in October is October 12, 2015.

Dated: September 3, 2015                                    Respectfully submitted,


                                        /s/ Jose F. Vergara
                                        Jose F, Vergara
                                        Attorney for Plaintiff
                                        Dave Drilling Environmental Engineering, Inc.


                                        /s/ Heidi Adams
                                        Heidi Adams
                                        Attorney for Intervenor
                                        Fireman's Fund Insurance Company

2

STIPULATION FOR CONTINUANCE AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | **~~PROPOSED~~ ORDER** |
| 2 | PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED that the hearing for |
| 3 | Intervenor's Motion to Dismiss (Dkt. No. 52) is continued from September 16, 2015, at 2:00 p.m. to |
| 4 | October 14, 2015, at 2:00 p.m. in Courtroom No. 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, |
| 5 | CA 94102. |

Dated: September 4, 2015

_____
Hon. William H. Orrick
United States District Court